ALVERSON TAYLOR & SANDERS
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
BLAKELY STAUFFER, ESQ.
Nevada Bar No.014956
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
 (702) 384-7000
Attorneys for Defendant
*Defendant Rentokil North America, Inc.*
*Incorrectly Named As*
*Rentokil Inc. d/b/a Western Pest Control*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARI ISAIAS PEREIRA,<br><br>Plaintiff,<br><br>vs.<br><br>RENTOKIL INC. d/b/a WESTERN PEST CONTROL; a Nevada Business; DOES I through X, inclusive, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | Case No. 2:19-cv-01927<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |

The parties to this case, by and through their respective counsel of record, HEREBY STIPULATE AND AGREE to continue the Early Neutral Evaluation ("ENE") session set for February 3, 2020 at 9:00 a.m. pursuant to the Court's November 6, 2019 Order (ECF. No. 7). The parties request that the ENE session be continued to **March 27, 2020 at 9:30 a.m**.

This stipulation is not made for the purpose of delay. Rather, several reasons exist demonstrating why the requested continuance is for good cause. First, General Counsel for Defendant Rentokil North America, Inc., incorrectly named as Rentokil Inc. d/b/a Western Pest Control, wishes to attend the ENE but will be travelling to Nevada from out of state and

1                                                                                                   SB-26414

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

requires a different date. Second, due to the fact that the ENE is currently set for a date already outside the required 90-day deadline outlined in LR 16-6(d), the extension would not on its own petition the Court to venture outside any deadlines set by the Local Rules. Lastly, the parties have already confirmed with the Magistrate Judge's Judicial Assistant the Court's availability to conduct the ENE on March 27, 2020—which is one of the earliest dates the Court has available and only a few short weeks after the currently-scheduled ENE. As such, the proposed extension, should the Court grant it, would not over congest the Court's calendar, but rather, allow the ENE to be conducted within a reasonable timeframe and resolve any unnecessary scheduling conflicts with the parties.

Accordingly, based on the aforementioned reasons, the parties request the Court find that they have shown good cause to continue the ENE session to March 27, 2020 at 9:30 a.m.

DATED this 10th day of January, 2020.  DATED this 10th day of January, 2020.

ISSO & HUGHES LAW FIRM  ALVERSON TAYLOR & SANDERS

*/s/ Jennifer Isso*  */s/ Shirley Blazich*

By _____  By _____
JENNIFER ISSO, ESQ.  SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 13157  Nevada Bar No. 008378
2470 St. Rose Parkway #306f  BLAKELY STAUFFER, ESQ.
Henderson, Nevada 89074  Nevada Bar No. 14956
Attorneys for Plaintiff  6605 Grand Montecito Parkway, Suite 200
DARI ISAIAS PEREIRA  Las Vegas, Nevada 89149
 Attorneys for Defendant RENTOKIL NORTH AMERICA INC., incorrectly named as RENTOKIL INC. d/b/a WESTERN PEST CONTROL

///

///

IT IS SO ORDERED:

The Early Neutral Evaluation session in this matter shall be continued to March 27, 2020 at 9:30 a.m. The parties' confidential written ENE statement shall be submitted no later than 4:00p.m. on March 20, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2020

n:\shirley.grp\cases\26414\pleadings\sao to continue ene.docx