ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
BLAKELY STAUFFER, ESQ.
Nevada Bar No.014956
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000
Attorneys for Defendant
*Defendant Rentokil North America, Inc.*
*Incorrectly Named As*
*Rentokil Inc. d/b/a Western Pest Control*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*

| | |
|---|---|
| DARI ISAIAS PEREIRA,<br><br>Plaintiff,<br><br>vs.<br><br>RENTOKIL INC. d/b/a WESTERN PEST CONTROL; a Nevada Business; DOES I through X, inclusive, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | Case No. 2:19-cv-01927-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

1

LS-26414

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff DARI ISAIAS PEREIRA ("Plaintiff"), by and through his attorney of record MICHAEL KIND, ESQ. of KIND LAW, and Defendant RENTOKIL NORTH AMERICA, INC., incorrectly named as RENTOKIL, INC. d/b/a WESTERN PEST CONTROL ("Rentokil"), by and through its attorneys of record, LEANN SANDERS, ESQ. and BLAKELY STAUFFER, ESQ. of the law firm ALVERSON TAYLOR & SANDERS, hereby stipulate and agree to voluntarily dismiss the above-referenced lawsuit, with prejudice, with the Parties herein to each bear their own attorney fees and costs, and hereby jointly move this Honorable Court for an Order of Dismissal, with prejudice.

DATED this 8th day of June, 2020.

*/s/ Michael Kind, Esq.*
By: _____
MICHAEL KIND, ESQ.
Nevada Bar No. 013903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

DATED this 9th day of June, 2020.

By: _____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
BLAKELY STAUFFER, ESQ.
Nevada Bar No. 014956
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendant Rentokil North America, Inc., Incorrectly Named As Rentokil Inc. d/b/a Western Pest Control*

///

///

///

LS-26414

*Pereira v. Rentokil*
*Case No. 2:19-CV-01927-APG-BNW*
*Stipulation and Order for Dismissal With Prejudice*

### ORDER

IT IS SO ORDERED that this matter be dismissed, with prejudice, and with the Parties herein to each bear their own attorney fees and costs.

Dated: June 9, 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ALVERSON TAYLOR & SANDERS

By _____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
BLAKELY STAUFFER, ESQ.
Nevada Bar No. 014956
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000
Attorneys for *Defendant Rentokil North America, Inc., Incorrectly Named As Rentokil Inc. d/b/a Western Pest Control*